UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case 1:24-cv-23586-BB

PALM AVENUE HIALEAH TRUST,
ACRPE 1 LLC,
ARCPE BAHAMAS LLC,
ARCPE HOLDING LLC,

    Plaintiffs

v.

Ross Eisenberg, Esq.
Ross Eisenberg Law PLLC

    Defendants.
_____/

## RESPONSE TO ORDER TO FILE PROOF OF SERVICE

Comes Now, Plaintiffs, through counsel to hereby respond to the Court's Order to File Proof of Service [DE 5] as follows:

1. Plaintiffs filed this action on September 17, 2024 and summonses were issued for both Defendants.

2. Prior to perfecting service, counsel for Plaintiffs was contacted by counsel for Defendants related to the Complaint and agreed to accept service on behalf of the Defendants in exchange for a negotiated date for the response to the Complaint.

3. Currently, counsel are working together on an acceptable date for response to the Complaint and shall provide notice to the Court by Friday October 25, 2024 of the date the Defendants will respond to the Complaint.

|  |  |
|---|---|
| Dated: October 21, 2024 | Respectfully Submitted,<br><br>**WAGNER LEGAL**<br>Attorney for Plaintiffs<br>3050 Biscayne Blvd., #701<br>Miami, FL 33137<br>Telephone: (305) 768-9247<br>Facsimile: (305) 306-8598<br>**By: /s/ Scott A. Wagner**<br>Scott Wagner, Esq.<br>Florida Bar No. 10244<br>sw@WagnerLegalCo.com |