UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:24-cv-23586- BLOOM/Elfenbein

PALM AVENUE HIALEAH TRUST,
ACRPE 1 LLC,
ARCPE BAHAMAS LLC,
ARCPE HOLDING LLC,

    Plaintiffs

v.

ROSS EISENBERG, ESQ., and
ROSS EISENBERG LAW PLLC

    Defendants.
_____/

## **PLAINTIFFS' NOTICE OF RECEIPT**

Plaintiffs, Palm Avenue Hialeah Trust, ARCPE 1 LLC, ARCPE Bahamas LLC, and ARCPE Holding LLC, by and through their undersigned counsel, hereby file their Notice of Receipt, as follows:

On May 6, 2025, the Magistrate Judge entered an Order on Motion to Quash and for Protective Order (ECF No. 41), which required that Chase Bank produce certain documents pursuant to a subpoena issued by the Plaintiffs. However, the Order required that Chase either not produce or redact certain information. This morning undersigned counsel received an email from Chase with a link to download documents responsive to the subpoena. When undersigned counsel began reviewing the documents, he realized that Chase had not limited its response and the bank account records were not redacted. Upon this realization, the review was stopped. Undersigned counsel did not make any copies, send or forward the documents to anyone, or take any notes. Undersigned counsel has deleted the downloaded documents from his firm's

computer system, but has retained the transmittal email with the download link should the Court wish to access the documents. Undersigned counsel will not access the link without instruction from the Court, and will delete the transmittal email if the Court would prefer him to do so.

/s/ Mark A. Levy
MARK A. LEVY
Florida Bar No. 121320
Email: mark.levy@brinkleymorgan.com
BRINKLEY MORGAN
100 SE Third Avenue, 23rd Floor
Fort Lauderdale, FL 33394
Telephone: 954-522-2200
Facsimile: 954-522-9123
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice was served via the Court's CM/ECF electronic filing system on this 19th day of May, 2025 to the counsel of record:

Scott A. Wagner
Wagner Legal
3050 Biscayne Blvd., #701
Miami, FL 33137
Email: sw@wagnerlegalco.com
Attorney for Plaintiffs

Robin Taylor Symons, Tyler C. Thompson and Charles Possino
Gordon Rees Scully Mansukhani
100 SE Second Street, Suite 3900
Miami, FL 33131
Email: rsymons@grsm.com; tcthompson@grsm.com; dsalinas@grsm.com; cpossino@grsm.com; jzmartinez@grsm.com
Attorneys for Defendants

Darius Asly
P.O. Box 403547
Miami Beach, FL 33140
Email: dasly@aslylaw.com
Attorney for Non-Parties Lux Construction Services Inc. and Real Management Associates

                                         /s/ Mark A. Levy
                                         MARK A. LEVY

[DN3034124] 017801-24001