UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:24-cv-23586- BLOOM/Elfenbein

PALM AVENUE HIALEAH TRUST,
ACRPE 1 LLC,
ARCPE BAHAMAS LLC,
ARCPE HOLDING LLC,

    Plaintiffs

v.

ROSS EISENBERG, ESQ., and
ROSS EISENBERG LAW PLLC

    Defendants.
_____/

## JOINT DISCOVERY STATUS REPORT

Plaintiffs, Palm Avenue Hialeah Trust, ARCPE 1 LLC, ARCPE Bahamas LLC, and ARCPE Holding LLC, and Defendants, Ross Eisenberg, Esq., and Ross Eisenberg Law PLLC, by and through their undersigned counsel, and pursuant to the Court's Order Setting Discovery Status Conference [ECF No. 12], hereby file their Joint Discovery Status Report, as follows:

1. The particular discovery each party has propounded:

   a. Plaintiffs' First Request for Production of Documents to Defendants (March 24, 2025)
   b. Plaintiffs' Subpoena to Produce Documents to Non-Party JPMorgan Chase Bank, Inc. (March 13, 2025)
   c. Defendants' First Request for Production of Documents to Plaintiffs (May 6, 2025)
   d. Defendants' First Request for Admissions to Plaintiffs (May 6, 2025)
   e. Defendants' First Set of Interrogatories to Plaintiffs (May 6, 2025)

2. Whether the discovery requests have been answered:

   a. Defendants served their Response to Plaintiffs' First Request for Production of Documents to Defendants on May 6, 2025. Defendants have not produced all documents as the parties are working to resolve an objection to the scope of a certain request.

    b.    Non-Parties, Lux Construction Services, Inc. and Real Management Associates, filed their Motion to Quash Subpoena and for a Protective Order Prohibiting Subpoena to Produce Documents to Non-Party JPMorgan Chase Bank, Inc. (April 11, 2025). A hearing on the Motion to Quash was heard on April 30, 2025. The Court entered an Order for Non-Party JP Morgan to produce documents by May 19, 2025. As disclosed to the Court (ECF No. 44), Chase Bank produced unredacted records on May 19, 2025, which have not been reviewed by the parties.

    c-e.    The responses to c-e are not yet due.

3. The status of depositions, including:

    a.    the number of depositions taken to date: none.

    b.    the number of remaining depositions and whether they have been scheduled: the parties anticipate the need for 4-6 depositions, which have not yet been scheduled.

    c.    an explanation of any delay in scheduling the remaining depositions: none. The parties expect to be able to schedule and complete the depositions.

4. The status of expert disclosures:

None of as this date, but the parties will make any such disclosures within the time set by the Court.

5. Whether the parties have any outstanding discovery disputes:

Plaintiffs and Defendants have a disagreement as to the scope of certain requests for documents. They have engaged in an initial meet and confer on May 8, 2025, but have not reached a resolution, one way or another, as Plaintiffs are awaiting a response from the Defendants on the matters discussed.

6. Whether the parties believe that a discovery status conference is needed:

A discovery status conference is currently scheduled for May 27, 2025, and the parties believe this conference will be useful to the progress of the case.

7. Whether the parties can certify that they will complete all discovery by the discovery deadline:

The parties believe that they will complete all discovery by the deadline.

| | |
|---|---|
| /s/ Mark A. Levy<br>MARK A. LEVY<br>Florida Bar No. 121320<br>Email: mark.levy@brinkleymorgan.com<br>BRINKLEY MORGAN<br>100 SE Third Avenue, 23rd Floor<br>Fort Lauderdale, Florida  33394<br>Telephone:  954-522-2200<br>Facsimile:  954-522-9123<br>Attorney for Plaintiffs<br><br>SCOTT A. WAGNER<br>Florida Bar No. 10244<br>Email: sw@WagnerLegalCo.com<br>WAGNER LEGAL<br>3050 Biscayne Blvd., #701<br>Miami, FL 33137<br>Telephone: (305) 768-9247<br>Facsimile: (305) 306-8598<br>Attorney for Plaintiffs | /s/ Robin Taylor Symons<br>/s/ Tyler C. Thompson<br>ROBIN TAYLOR SYMONS<br>Florida Bar No. 356832<br>Email: rsymons@grsm.com<br>TYLER C. THOMPSON<br>Florida Bar No. 1010148<br>Email: tcthompson@grsm.com<br>CHARLES POSSINO<br>Florida Bar No. 1027711<br>Email: cpossino@grsm.com<br>GORDON REES SCULLY MANSUKHANI<br>100 SE Second Street, Suite 3900<br>Miami, FL 33131<br>Telephone: 305-428-5530<br>Facsimile: 877-644-6209<br>Attorneys for Defendants |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Report was served via the Court's CM/ECF electronic filing system on this 20th day of May, 2025 to the counsel of record:

Scott A. Wagner
Wagner Legal
3050 Biscayne Blvd., #701
Miami, FL 33137
Email:  sw@wagnerlegalco.com
Attorney for Plaintiffs

Robin Taylor Symons, Tyler C. Thompson, and Charles Possino
Gordon Rees Scully Mansukhani
100 SE Second Street, Suite 3900
Miami, FL 33131
Email:  rsymons@grsm.com; tcthompson@grsm.com; dsalinas@grsm.com; cpossino@grsm.com
Attorneys for Defendants

/s/ Mark A. Levy
MARK A. LEVY

[DN3040917] 017801-24001

3