UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:24-cv-23586- BLOOM/Elfenbein

PALM AVENUE HIALEAH TRUST,
ARCPE 1 LLC,
ARCPE BAHAMAS LLC,
ARCPE HOLDING LLC,

    Plaintiffs

v.

ROSS EISENBERG, ESQ., and
ROSS EISENBERG LAW PLLC

    Defendants.
_____/

**PLAINTIFFS' NOTICE OF FILING "EXHIBIT A" TO THEIR RESPONSE TO DEFENDANTS' STATEMENT OF MATERIAL FACTS**

Plaintiffs, Palm Avenue Hialeah Trust, ARCPE 1 LLC, ARCPE Bahamas LLC, and ARCPE Holding LLC, by and through their undersigned counsel, hereby file "Exhibit A" to their Response to Defendants' Statement of Material Facts:

    **Exhibit A**    Declaration of David Gordon in Opposition to Defendants' Motion for Partial Summary Judgment

/s/ Mark A. Levy
MARK A. LEVY
Florida Bar No. 121320
Email: mark.levy@brinkleymorgan.com
BENJAMIN SUNSHINE
Florida Bar No. 112754
Email: benjamin.sunshine@brinkleymorgan.com
BRINKLEY MORGAN
100 SE Third Avenue, 23rd Floor
Fort Lauderdale, FL  33394
Telephone:  954-522-2200
Facsimile:  954-522-9123
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice was served via the Court's CM/ECF electronic filing system on this 12th day of September, 2025 to the counsel of record:

Scott A. Wagner
Wagner Legal
3050 Biscayne Blvd., #701
Miami, FL 33137
Email:  sw@wagnerlegalco.com
Attorney for Plaintiffs

Robin Taylor Symons, Tyler C. Thompson, and Charles Possino
Gordon Rees Scully Mansukhani
100 SE Second Street, Suite 3900
Miami, FL 33131
Email:  rsymons@grsm.com; tcthompson@grsm.com; dsalinas@grsm.com
cpossino@grsm.com; jzmartinez@grsm.com; mia_eservice@gordonrees.com;
Attorneys for Defendants

                                          /s/ Mark A. Levy
                                          MARK A. LEVY

[30V4996]017801-24001