UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:24-cv-23586- BLOOM/Elfenbein

PALM AVENUE HIALEAH TRUST,
ARCPE 1 LLC,
ARCPE BAHAMAS LLC,
ARCPE HOLDING LLC,

    Plaintiffs

v.

ROSS EISENBERG, ESQ., and
ROSS EISENBERG LAW PLLC

    Defendants.
_____/

**PLAINTIFFS' INDEX OF CITED EXHIBITS TO THEIR RESPONSE TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND RESPONSE TO DEFENDANTS' STATEMENT OF MATERIAL FACTS**

Plaintiffs, Palm Avenue Hialeah Trust, ARCPE 1 LLC, ARCPE Bahamas LLC, and ARCPE Holding LLC, by and through their undersigned counsel, and pursuant to the Court's Order Setting Trial and Pre-Trial Scheduling, Requiring Mediation, and Referring Certain Matters to Magistrate Judge entered November 20, 2024 (ECF No. 11), hereby file their Index of Cited Exhibits to their Response to Defendants' Motion for Partial Summary Judgment (ECF No. 75) and Response to Defendants' Statement of Material Facts (ECF No. 76), as follows:

| EXHIBIT | DESCRIPTION | ECF NO. |
|---|---|---|
| A | Declaration of David Gordon in Opposition to Defendants' Motion for Partial Summary Judgment | 77 |
| B | Declaration of Junior Cabrera in Opposition to Defendants' Motion for Partial Summary Judgment | 78 |
| C | Declaration of John Olsen in Support of Plaintiffs' Motion for Summary Judgment | 65 |

/s/ Mark A. Levy  
MARK A. LEVY  
Florida Bar No. 121320  
Email: mark.levy@brinkleymorgan.com  
BENJAMIN SUNSHINE  
Florida Bar No. 112754  
Email: benjamin.sunshine@brinkleymorgan.com  
BRINKLEY MORGAN  
100 SE Third Avenue, 23rd Floor  
Fort Lauderdale, FL 33394  
Telephone: 954-522-2200  
Facsimile: 954-522-9123  
Attorneys for Plaintiffs  

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Index was served via the Court's CM/ECF electronic filing system on this 12th day of September, 2025 to the counsel of record:

Scott A. Wagner  
Wagner Legal  
3050 Biscayne Blvd., #701  
Miami, FL 33137  
Email: sw@wagnerlegalco.com  
Attorney for Plaintiffs  

Robin Taylor Symons, Tyler C. Thompson, and Charles Possino  
Gordon Rees Scully Mansukhani  
100 SE Second Street, Suite 3900  
Miami, FL 33131  
Email: rsymons@grsm.com; tcthompson@grsm.com; dsalinas@grsm.com cpossino@grsm.com; jzmartinez@grsm.com; mia_eservice@gordonrees.com;  
Attorneys for Defendants  

/s/ Mark A. Levy  
MARK A. LEVY  

[30V5058]017801-24001