UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:24-cv-23586-ELA

PALM AVENUE HIALEAH TRUST,
ARCPE 1 LLC,
ARCPE BAHAMAS LLC,
ARCPE HOLDING LLC,

    Plaintiffs

v.

ROSS EISENBERG, ESQ., and
ROSS EISENBERG LAW PLLC

    Defendants.
_____/

## PLAINTIFFS' INDEX OF CITED EXHIBIT TO THEIR REPLY STATEMENT OF MATERIAL FACTS

Plaintiffs, Palm Avenue Hialeah Trust, ARCPE 1 LLC, ARCPE Bahamas LLC, and ARCPE Holding LLC, by and through their undersigned counsel, and pursuant to the Court's Order Setting Trial and Pre-Trial Scheduling, Requiring Mediation, and Referring Certain Matters to Magistrate Judge entered November 20, 2024 (ECF No. 11), hereby file their Index of Cited Exhibit to their Reply Statement of Material Facts (ECF No. 89), as follows:

| EXHIBIT | DESCRIPTION | ECF NO. |
|---|---|---|
| A | Declaration of John Olsen in Support of Reply in Support of Motion for Summary Judgment | 90 |

/s/ Mark A. Levy
MARK A. LEVY
Florida Bar No. 121320
Email: mark.levy@brinkleymorgan.com
BENJAMIN SUNSHINE
Florida Bar No. 112754
Email: benjamin.sunshine@brinkleymorgan.com
BRINKLEY MORGAN

100 SE Third Avenue, 23rd Floor<br>
Fort Lauderdale, FL 33394<br>
Telephone: 954-522-2200<br>
Facsimile: 954-522-9123<br>
Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Index was served via the Court's CM/ECF electronic filing system on this 19th day of September, 2025 to the counsel of record:

Scott A. Wagner
Wagner Legal
3050 Biscayne Blvd., #701
Miami, FL 33137
Email: sw@wagnerlegalco.com
Attorney for Plaintiffs

Robin Taylor Symons, Tyler C. Thompson, and Charles Possino
Gordon Rees Scully Mansukhani
100 SE Second Street, Suite 3900
Miami, FL 33131
Email: rsymons@grsm.com; tcthompson@grsm.com; dsalinas@grsm.com
cpossino@grsm.com; jzmartinez@grsm.com; mia_eservice@gordonrees.com;
Attorneys for Defendants

/s/ Mark A. Levy<br>
MARK A. LEVY

[30V5058]017801-24001